3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ELEUTERIO MATA CORTEZ and<br>RAMONA ESCONTRIAS, as Representative<br>of the Estate of JUAN VALENTIN MATA<br>ESCONTRIAS;<br><br>And<br><br>MARIA DE LA LUZ NUNEZ NIETO,<br>As Next Friend of YADIRA MARIA MATA<br>NUNEZ, CRISTINA MATA NUNEZ, and<br>VALENTIN MATA NUNEZ<br>               Plaintiffs<br>Vs.<br><br>FORD MOTOR COMPANY<br>            Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO.: 04-CV-50
JURY

**DEFENDANT FORD MOTOR COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

DEFENDANT FORD MOTOR COMPANY ("Ford") files this Corporate Disclosure

Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and shows the Court the

following:

Ford Motor Company has no parent corporations and there are no publicly held

companies that own ten percent or more of Ford's stock.

HOU:298287.1
13486.95897

Respectfully submitted,

By _Evan N. Kramer w/ permission_ Danielle Harsany

Evan N. Kramer
Attorney in Charge
SDTX No.:  12346
Texas Bar No.: 11704650

OF COUNSEL:
Danielle M. Harsany
SDTX No.:  32200
Texas Bar No.:  24005131
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant Ford Motor Company's Corporate Disclosure Statement has been forwarded by U.S. Certified Mail, Return Receipt Requested, to all known counsel of record as shown below on this ___19th___ day of ___March___, 2004.

Danielle M. Harsany

Mark A. Cantu
LAW OFFICE OF MARK A. CANTU
1300 N. 10th Street, Suite 400
McAllen, Texas  78501

HOU:298287.1
13486.95897

2