IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ELEUTERIO MATA CORTEZ and<br>RAMONA ESCONTRIAS, as Representative<br>of the Estate of JUAN VALENTIN MATA<br>ESCONTRIAS;<br><br>And<br><br>MARIA DE LA LUZ NUNEZ NIETO,<br>As Next Friend of YADIRA MARIA MATA<br>NUNEZ, CRISTINA MATA NUNEZ, and<br>VALENTIN MATA NUNEZ<br>　　　　　　　　　Plaintiffs<br>Vs.<br><br>FORD MOTOR COMPANY<br>　　　　　　　　　Defendant | §§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO.: 04-CV-50<br>JURY |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Ford Motor Company ("Ford"), and, pursuant to paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, files this its Certificate of Financially Interested Persons.

1. The undersigned counsel of record for Ford certifies that the following listed persons may have an interest in the outcome of this case:

| **PERSON OR ENTITY** | **CONNECTION TO CASE** |
|---|---|
| Eleuterio Mata Cortez | Plaintiff |
| Ramona Escontrias | Plaintiff |
| Yadira Maria Mata Nunez | Plaintiff, Minor |

HOU:298319.1
13486.95897

| | |
|---|---|
| Cristina Mata Nunez | Plaintiff, Minor |
| Valentin Mata Nunez | Plaintiff, Minor |
| Maria De La Luz Nunez Nieto | Next Friend of Yadira Maria Mata Nunez, Cristina Mata Nunez and Valentin Mata Nunez, Plaintiffs |
| Ford Motor Company | Evan N. Kramer<br>Brown McCarroll, LLP<br>1111 Bagby, 47th Floor<br>Houston, Texas 77002<br>(713) 529-3110; Fax: (713) 525-6295<br>**Attorney for Defendant**<br>**Ford Motor Company** |

2. Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.

Ford Motor Company of Australia Limited

Ford Motor Company (Belgium) N.V.

Ford Motor Company A/S

Ford Werke-Aktiengesellschaft

Ford Nederland B.V.

Ford Motor Company of Korea

Ford Motor Norge A.S.

Ford Motor Company of New Zealand Limited

Ford Motor Company Private Limited

Ford Motor Company (Switzerland) S.A.

Ford Vietnam Limited

The Hertz Corporation

Invercred Compania Financiera S.A.

Mazda Motors Corporation

Oy Ford Ab

DATED: March 19, 2004

                Respectfully submitted,

By _Evan N. Kramer w/permission_ _Danielle Harsany_
    Evan N. Kramer
    Attorney in Charge
    SDTX No.: 12346
    Texas Bar No.: 11704650

OF COUNSEL:
Danielle M. Harsany
SDTX No.: 32200
Texas Bar No.: 24005131
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

                ATTORNEYS FOR DEFENDANT
                FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant Ford Motor Company's Corporate Disclosure Statement has been forwarded by U.S. Certified Mail, Return Receipt Requested, to all known counsel of record as shown below on this __14th__ day of __March__, 2004.

Danielle M. Harsany

Mark A. Cantu
LAW OFFICE OF MARK A. CANTU
1300 N. 10th Street, Suite 400
McAllen, Texas 78501