IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELEUTERIO MATA CORTEZ, AND RAMONA ESCONTRIAS AS REPRESENTATIVE OF THE ESTATE OF JUAN VALENTIN MATA ESCONTRIAS; <br><br>MARIA DE LA LUZ NUNEZ NIETO AS NEXT FRIEND OF YADIRA MARIA MATA NUNEZ, CRISTINA MATA NUNEZ, AND VALENTIN MATA NUNEZ <br>　　　　Plaintiffs, <br><br>v. <br><br>FORD MOTOR COMPANY, <br>　　　　Defendant. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-50 |

**PLAINTIFFS' CERTIFICATE OF FINANCIALLY INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs **ELEUTERIO MATA CORTEZ, AND RAMONA ESCONTRIAS AS REPRESENTATIVE OF THE ESTATE OF JUAN VALENTIN MATA ESCONTRIAS AND; MARIA DE LA LUZ NUNEZ NIETO AS NEXT FRIEND OF YADIRA MARIA MATA NUNEZ, CRISTINA MATA NUNEZ, AND VALENTIN MATA NUNEZ** and pursuant to Paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, file this their Certificate of Financially Interested Persons:

1.　　Plaintiffs submit the following list of persons and entities that are financially interested in the outcome of this litigation:

**PLAINTIFF(S)**

1. Eleuterio Mata Cortez

2. Ramona Escontrias, Individually and as Representative of the Estate of Juan Valentin Mata Escontrias, Deceased;

3. Maria de la Luz Nunez Nieto as Next Friend of Yadira Maria Mata Nunez;

4. Maria de la Luz Nunez Nieto as Next Friend of Cristina Mata Nunez; and

5. Maria de la Luz Nunez Nieto as Next Friend of Valentin Mata Nunez.

**DEFENDANT(S)**

1. Ford Motor Company

**PLAINTIFFS' ATTORNEY**

2. Law Office of Mark A. Cantu

**DEFENDANT'S ATTORNEY**

3. Brown McCarroll, L.L.P.

2. Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N. V.
Ford Motor Company A/S
Ford Werke-Aktiengesellschaft
Ford Nederland B. V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited
Ford Motor Company (Switzerland) S.A.
Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Company
Oy Ford Ab

Dated: May 4, 2004

        Respectfully submitted,

        **LAW OFFICE OF MARK A. CANTU**
        THE ATRIUM
        1300 N. 10th St., Suite 400
        McAllen, Texas 78501
        Tel: 956/687-8181
        Fax: 956/687-8868

        _____
        Ricardo G. Benavides
        State Bar No. 24031735
        Federal Bar No. 32205
        ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the 4th day of May 2004.

Evan Kramer
**Brown McCarroll, LLP**
1111 Bagby, 47th Floor
Houston, Texas 77002-2543
**Attorney for Ford Motor Company**

_____
Ricardo G. Benavides