United States District Court
Southern ...

MAY 0 4 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-04-050           DATE & TIME:  05-04-04 AT 1:30 P.M.

ELEUTERIO MATA CORTEZ, ET AL.       PLAINTIFF(S)  JUAN A. GONZALEZ
                                    COUNSEL

VS.

FORD MOTOR COMPANY                  DEFENDANT(S)  EVAN N. KRAMER
                                    COUNSEL        DANIELLE HARSANY

---

ERO: Rosie D'Venduri
CSO: Dan Figueroa
Law Clerk: Nicole Gonzalez
Clerk: Paula Tamayo

Attorneys Ricardo Benavidez in lieu of Juan Gonzalez and Danielle Harsany appeared.

Defendants are to file a motion forum non-conviens by June 29, 2004.

Plaintiffs to respond by July 19, 2004.