IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELEUTERIO MATA CORTEZ AND RAMONA ESCONTRIAS AS REPRESENTATIVE OF THE ESTATE OF JUAN VALENTIN MATA ESCONTRIAS; <br><br> MARIA DE LA LUZ NUNEZ NIETO AS NEXT FRIEND OF YADIRA MARIA MATA NUNEZ, CRISTINA MATA NUNEZ, AND VALENTIN MATA NUNEZ <br>   Plaintiffs, <br><br> VS. <br><br> FORD MOTOR COMPANY <br>   Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-050 |

# ORDER

On this the 12th day of October 2004, the court hereby withdraws the referral to Magistrate Judge John William Black. The court further orders that Cause Action No. B-04-050 be heard by this court.

Signed this 12th day of October, 2004.

Andrew S. Hanen
United States District Judge