IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| **ELEUTERIO MATA CORTEZ** and **RAMONA ESCONTRIAS** as Respresentative of the Estate of **JUAN VALENTIN MATA ENCONTRIAS** and **MARIA DE LA LUZ NUNEZ NIETO**, As Next of Friend of **YADIRA MARIA MATA NUNEZ, CHRISTINA MATA NUNEZ,** and **VALENTIN MATA NUNEZ** Plaintiffs, VS. **FORD MOTOR COMPANY** Defendants. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-050 |

**ORDER**

A Rule 16 conference is hereby scheduled for July 1, 2005, at 10:00 a.m. It is the Court's intention to discuss a scheduling order and to ascertain whether the parties are in compliance with all previous orders.

Signed in Brownsville, Texas, this 19th day of May, 2005.

_____
Andrew S. Hanen
United States District Judge