United States District Court
Southern District of Texas
FILED

JUN 2 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELEUTERIO MATA CORTEZ and RAMONA ESCONTRIAS, as Representative of the Estate of JUAN VALENTIN MATA ESCONTRIAS; And MARIA DE LA LUZ NUNEZ NIETO, As Next Friend of YADIRA MARIA MATA NUNEZ, CRISTINA MATA NUNEZ, and VALENTIN MATA NUNEZ<br>Plaintiffs<br>Vs.<br>FORD MOTOR COMPANY<br>Defendant | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 04-CV-50<br>JURY |

## DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF INTENT TO BE BOUND BY CONDITIONS IN COURT'S FEBRUARY 14, 2005 MEMORANDUM OPINION RELATING TO DISMISSAL ON *FORUM NON CONVENIENS* GROUNDS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, Ford Motor Company ("Ford"), moves this Court for leave to file its Notice of Intent to be Bound by Conditions in Court's February 14, 2005 Memorandum Opinion Relating to Dismissal on *Forum Non Conveniens* Grounds ("Notice"), attached hereto as Exhibit "A", and in support thereof shows:

### I. INTRODUCTION

1. Plaintiffs are citizens of Mexico and filed suit against Defendant Ford, for a vehicle accident that occurred in Mexico.

2. Defendant filed with its answer a motion to dismiss under the doctrine of *forum non conveniens*.

3. After removing the case to this Court, defendant filed a Brief to Support its Motion to Dismiss Under the Doctrine of *Forum Non Conveniens* ("Brief"). See Brief attached as Exhibit "B".

4. On February 14, 2005, this Court issued a order ("Order") granting defendant's motion to dismiss under the doctrine of *forum non conveniens*.

5. The Order requested that defendant tender a written statement assenting to be bound by the Court's conditions.

6. Defendant's Notice is attached hereto as Exhibit "A".

## II. ARGUMENT

7. The Court should allow defendant leave to file its Notice because it would work a substantial injustice to defendant if the Court denies the *forum non conveniens* dismissal.

8. Defendant's Brief substantially complies with the spirit of the conditions set forth in the Order. *See* Exhibit "B". In defendant's Brief, defendant agreed to consent to the jurisdiction of the Mexican Courts. *See* Exhibit "B" at p. 9. Although not directly stated in defendant's Brief, defendant fully intended to waive any statute of limitation defenses it could have asserted before a Mexican Court. Defendant agreed to make available in Mexico all relevant documents and witnesses, by agreeing to cooperate with the courts of Mexico in plaintiffs' efforts to obtain relevant evidence. *See* Exhibit "B" at p. 7. Likewise, although not specifically addressed in defendant's Brief, defendant never considered having plaintiffs incur the expenses of translation for defendant's English-speaking witnesses at trial.

    Defendant agreed to satisfy any Mexican judgment, by specifically stating that in its Brief. *See* Exhibit "B" at p. 4.

9. Although counsel for defendant is familiar with this District's rules and procedures, especially those related to *forum non conveniens*, counsel was not familiar with the conditional nature of this Court's dismissal on *forum non conveniens*. This Order was received by counsel for defendant during a time when representation of defendant was in a great state of flux. On March 1, 2005, counsel representing defendant transitioned to begin employment with the present law firm of Thompson Coe.

10. When the Court's Order was received, it was treated as a final order and defendant closed its file.

11. Plaintiffs will not be prejudiced by the delay in filing of the Notice because they will still be able to pursue their claims where they would be properly heard, in Mexico. Further, Plaintiffs are unopposed to this Motion for Leave.

### III. CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Ford Motor Company prays that it be granted leave to file its Notice of Intent to be Bound by Conditions in Court's February 14, 2005 Memorandum Opinion Relating to Dismissal on *Forum Non Conveniens* Grounds.

Respectfully submitted,

By: _Evan N. Kramer w/permission_  _Danielle Shields_
Evan N. Kramer
Attorney-In-Charge
SDTX No.: 12346
Texas State Bar No. 11704650

OF COUNSEL:

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Danielle Harsany Shields
SDTX No.: 322200
Texas State Bar No. 24005131
One Riverway, Suite 1600
Houston, Texas 77056
(713) 403-8210; Fax: (713) 403-8299

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with Plaintiffs' counsel and he advises that Plaintiffs are not opposed to this motion.

Danielle H. Shields

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Leave to File Notice of Intent to be Bound Conditions in Court's February 14, 2005 Memorandum Opinion Relating to Dismissal on *Forum Non Conveniens* Grounds has been forwarded to the following counsel of record by U.S. Certified Mail, Return Receipt Requested on this the 15th day of June, 2005.

                                                        Danielle H. Shields

Juan Gonzalez
LAW OFFICE OF MARK A. CANTU
The Atrium
1300 N. 10th St., Suite 400
McAllen, Texas 78501