IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELEUTERIO MATA CORTEZ and RAMONA ESCONTRIAS, as Representative of the Estate of JUAN VALENTIN MATA ESCONTRIAS; | § § § § § | |
| And | § § | |
| MARIA DE LA LUZ NUNEZ NIETO, As Next Friend of YADIRA MARIA MATA NUNEZ, CRISTINA MATA NUNEZ, and VALENTIN MATA NUNEZ           Plaintiffs | § § § § § § | |
| Vs. | § § | CIVIL ACTION NO.: 04-CV-50 JURY |
| FORD MOTOR COMPANY           Defendant | § § § | |

## ORDER ON DEFENDANT FORD MOTOR COMPANY'S OPPOSED MOTION FOR LEAVE TO FILE NOTICE OF INTENT TO BE BOUND BY CONDITIONS IN COURT'S FEBRUARY 14, 2005 MEMORANDUM OPINION RELATING TO DISMISSAL ON *FORUM NON CONVENENIES GROUNDS*

After considering Defendant's Motion for Leave to File Its Notice of Intent to be Bound by Conditions in Court's February 14, 2005 Memorandum Opinion Relating to Dismissal on *Forum Non Conveniens* Grounds, the Court

GRANTS the motion and allows defendant leave to file Defendant's Notice of Intent to be Bound by Conditions in Court's February 14, 2005 Memorandum Opinion Relating to Dismissal on *Forum Non Conveniens* Grounds.

SIGNED on _____, 2005.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*Evan N. Kramer w/ permission*   *Danielle Shields*
Evan N. Kramer
Attorney-In-Charge
SDTX No.: 12346
Texas State Bar No. 11704650

OF COUNSEL:

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Danielle Harsany Shields
SDTX No.: 322200
Texas State Bar No. 24005131
One Riverway, Suite 1600
Houston, Texas 77056
(713) 403-8210; Fax: (713) 403-8299

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY