IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELEUTERIO MATA CORTEZ and<br>RAMONA ESCONTRIAS, as Representative<br>of the Estate of JUAN VALENTIN MATA<br>ESCONTRIAS;<br><br>And<br><br>MARIA DE LA LUZ NUNEZ NIETO,<br>As Next Friend of YADIRA MARIA MATA<br>NUNEZ, CRISTINA MATA NUNEZ, and<br>VALENTIN MATA NUNEZ<br>　　　　　　　　Plaintiffs<br>Vs.<br><br>FORD MOTOR COMPANY<br>　　　　　　　　Defendant | §§§§§§§§§§§§§§§ | CIVIL ACTION NO.: 04-CV-50<br>JURY |

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF INTENT TO BE BOUND BY CONDITIONS IN COURT'S FEBRUARY 14, 2005 MEMORANDUM OPINION RELATING TO DISMISSAL ON *FORUM NON CONVENENIES GROUNDS***

Defendant Ford Motor Company ("Ford") hereby agrees to be bound by the conditions set forth in the Court's Memorandum and Opinion relating to the conditional dismissal on Forum Non Conveniens grounds, signed February 14, 2005. Specifically Ford agrees to the conditions as follows:

1. Ford agrees to submit to the jurisdiction of the appropriate Mexican court in which the Plaintiffs have filed suit;

2. Ford shall waive any statute of limitations or jurisdictional defenses that could be posed in the Mexican Court;

3. Ford will make available in Mexico all relevant documents and witnesses within its control;

4. Ford will bear any translation-related expenses concerning the testimony of its English-speaking witnesses at trial;

5.  Ford agrees to satisfy any Mexican judgment, subject only to whatever appellate rights it may enjoy in that forum; and

6.  Ford agrees to the reassertion of jurisdiction by this Court in the event that it fails to satisfy any final judgment.

Respectfully submitted,

By: *Evan N. Kramer w/ permission*
Evan N. Kramer
Attorney-In-Charge       *Danielle Shields*
SDTX No.: 12346
Texas State Bar No. 11704650

OF COUNSEL:

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Danielle Harsany Shields
SDTX No.: 322200
Texas State Bar No. 24005131
One Riverway, Suite 1600
Houston, Texas 77056
(713) 403-8210; Fax: (713) 403-8299

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

Doc ID SHIED-40171
08423-124

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing this Notice of Intent to be Bound by Conditions in Court's February 14, 2005 Memorandum Opinion Relating to Dismissal on *Forum Non Conveniens* Grounds has been forwarded to the following counsel of record U.S. Certified Mail, Return Receipt Requested on this the 15th day of June, 2005.

_____
Danielle H. Shields

Juan Gonzalez
LAW OFFICE OF MARK A. CANTU
The Atrium
1300 N. 10th St., Suite 400
McAllen, Texas 78501