United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| ELEUTERIO MATA CORTEZ and RAMONA ESCONTRIAS as Respresentative of the Estate of JUAN VALENTIN MATA ENCONTRIAS<br><br>and<br><br>MARIA DE LA LUZ NUNEZ NIETO, As Next of Friend of YADIRA MARIA MATA NUNEZ, CHRISTINA MATA NUNEZ, and VALENTIN MATA NUNEZ<br>    Plaintiffs,<br><br>VS.<br><br>FORD MOTOR COMPANY,<br>    Defendant. | CIVIL ACTION NO. B-04-050 |

## ORDER

Pending before the Court is Defendant's Unopposed Motion for Leave to File Notice of Intent to be Bound by *Forum Non Conveniens* Conditions [Docket No. 13] pursuant to this Court's February 14, 2005 Order [Docket No. 11]. Although Defendant has filed said motion over four months late, the unopposed motion is hereby **GRANTED**. The Clerk's office is instructed to docket Defendant's Notice of Intent, which is the fourth attachment to Docket No. 13. The Rule 16 Conference scheduled for July 1, 2005, is cancelled.

Signed in Brownsville, Texas, this 30th day of June, 2005.

Andrew S. Hanen
United States District Judge