UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ELEUTERIO MATA CORTEZ and RAMONA ESCONTRIAS AS REPRESENTATIVE OF THE ESTATE OF JUAN VALENTIN MATA ESCONTRIAS; | § § § § § § | |
| MARIA DE LA LUZ NUNEZ NIETO AS NEXT FRIEND OF YADIRA MARIA MATA NUNEZ, CRISTINA MATA NUNEZ, and VALENTIN MATA NUNEZ <br>   Plaintiffs, | § § § § § § | CIVIL ACTION NO. B-04-050 |
| VS. | § § | |
| FORD MOTOR COMPANY <br>   Defendant. | § § | |

**ORDER**

On February 14, 2005, this Court issued a Memorandum Opinion conditionally granting Defendant's Motion to Dismiss Under the Doctrine of *Forum Non Conveniens*. *Docket No. 11*. Dismissal of the above-styled cause of action became effective once Defendant agreed to be bound by the conditions set forth in the Court's opinion, which occurred on June 30, 2005. *Docket No. 15*. In order to comply with Federal Rule of Civil Procedure 58, this Order hereby **DISMISSES** the above-styled cause of action conditioned by those terms previously articulated by the Court and assented to by Defendant.

Signed in Brownsville, Texas, this 31st day of May, 2006.

Andrew S. Hanen
United States District Judge